# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**YOANDRY LEIVA,**

       **Petitioner,**

v.                                        Case No. 4:17cv237-MW/CAS

**JEFF SESSIONS, et al.,**

       **Respondents.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for

---

[1] Petitioner has failed to keep this Court advised of his current location as evidenced by returned mail. ECF No. 5.

1

failure to comply with a Court order and for failure to prosecute." The Clerk shall close the file.

    **SO ORDERED on August 7, 2017.**

                                        **s/Mark E. Walker                 **
                                        **United States District Judge**